AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of South Carolina

| | |
|---|---|
| Darren T. Cagle | ) |
| *Plaintiff* | ) |
| v. | ) |
| Commissioner of the Social Security Administration | ) |
| *Defendant* | ) |

Civil Action No.    9:09-CV-3250-RMG

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____.

■   other:  The Commissioner's decision is reversed and remanded under Sentence Four of USC 42:405(g) to
address the issue of "deficits in adaptive functioning" under Listed Impairments, § 12.05, and to make
appropriate findings and take appropriate actions in accord with SSR 82-59.

This action was *(check one)*:
❐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge.

Date:   January 28, 2011

*CLERK OF COURT*

s/John P. Bryan, Jr.
_____
*Signature of Clerk or Deputy Clerk*